ELLEN NOONAN RALLEY, Respondent, *v.* MICHAEL P. O'CON-
NOR, as Executor of LUIS F. SASS, Deceased, Appellant.

*Ralley* v. *O'Connor*, 71 App. Div. 328, affirmed.
(Argued January 14, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
5, 1902, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial.

*M. P. O'Connor*, *Robert P. Harlow* and *James J. Allen*
for appellant.

*John C. Gulick* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MAR-
TIN, VANN and WERNER, JJ.

---

JOHN A. STEWART et al., as Trustees under the Will of ISAAC
N. PHELPS, Deceased, Respondents, *v.* ANNA FRANCES
PHELPS et al., Respondents, and HELEN LOUISA PHELPS
STOKES, Appellant, Impleaded with Others.

*Stewart* v. *Phelps*, 71 App. Div. 91, affirmed.
(Argued January 14, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
15, 1902, which affirmed a judgment construing the will of
Isaac N. Phelps, deceased, entered upon the report of a
referee.

*Cephas Brainerd* and *Hamilton Wallis* for appellant.

*Edward W. Sheldon* for plaintiffs, respondents.

*J. Edwards Wyckoff* for defendants, respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., HAIGHT, MARTIN and WERNER, JJ.
Not voting: GRAY and VANN, JJ. Taking no part: BART-
LETT, J.